```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01708
   ROSETTA SIMPSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5488

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/01/2007 and was confirmed 04/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was converted to chapter 7 after confirmation 11/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            8965.00        760.65       4734.64
CARMAX AUTO FINANCE        SECURED VEHIC     10402.77       1494.01        656.67
BARCLAY'S CAPITAL REAL E   CURRENT MORTG         .00           .00            .00
BARCLAY'S CAPITAL REAL E   MORTGAGE ARRE      2243.46          .00         2243.46
ROBERT J ADAMS & ASSOC     PRIORITY          NOT FILED        .00            .00
LVNV FUNDING LLC           UNSECURED          6039.24         .00            .00
CAPITAL ONE                UNSECURED          1308.30         .00            .00
CAPITAL ONE                UNSECURED          2400.28         .00            .00
PORTFOLIO RECOVERY         UNSECURED           852.01         .00            .00
EMPRESS CASINO             UNSECURED         NOT FILED        .00            .00
CHASE                      UNSECURED         NOT FILED        .00            .00
CITIBANK                   UNSECURED         NOT FILED        .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED        .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED          6628.00         .00            .00
WELLS FARGO BANK MINNESO   UNSECURED         NOT FILED        .00            .00
JEWELS                     UNSECURED         NOT FILED        .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         NOT FILED        .00            .00
ST ANTHONY EMERGENCY PHY   UNSECURED         NOT FILED        .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          2654.69         .00            .00
SEARS ROEBUCK & CO         UNSECURED         NOT FILED        .00            .00
HOMEQ SERVICING            NOTICE ONLY       NOT FILED        .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          2386.39         .00            .00
AMERICAN GENERAL FINANCE   UNSECURED           594.62         .00            .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY        2,806.33                    2,806.33
TOM VAUGHN                 TRUSTEE                                          957.02
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  13,652.78

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 01708 ROSETTA SIMPSON
```

```
PRIORITY                                                                  .00
SECURED                                                              7,634.77
     INTEREST                                                        2,254.66
UNSECURED                                                                 .00
ADMINISTRATIVE                                                       2,806.33
TRUSTEE COMPENSATION                                                   957.02
DEBTOR REFUND                                                             .00
                                        ----------------     ----------------
TOTALS                                         13,652.78            13,652.78
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 02/24/09                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE